**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CR. NO. 1:18-10015-STA |
| | ) | |
| CYNTHIA STAMPS, | ) | |
| | ) | |
| Defendant. | ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on September 14, 2018, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Cynthia Stamps, appearing in person, and with counsel, Janika White.

With leave of the Court, the defendant withdrew  the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **FRIDAY, DECEMBER 7, 2018 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant is to remain released on present bond.

**ENTERED** this the 14th day of September, 2018.


s/ S. Thomas Anderson
 CHIEF JUDGE, U. S. DISTRICT COURT