IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| v. | § Case No. 1:18-cr-10015-STA |
| CYNTHIA STAMPS, | § |
| Defendant. | § |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING AND NOTICE OF RESETTING**

Before this Court is the Defendant Cynthia Stamps's Unopposed Motion to Continue Sentencing Hearing currently set in this matter on December 7, 2018 at 11:00 a.m. For good cause shown, the Motion is GRANTED.

Accordingly, the Sentencing hearing is reset to January 18, 2019 at 11:00am.

IT IS SO ORDERED this 30th day of November, 2018.

s/S. Thomas Anderson
CHIEFJUDGE S. THOMAS ANDERSON
UNITED STATES DISTRICT COURT

1